No. 97–84. DILLING MECHANICAL CONTRACTORS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 97–85. SCHMIDTENDORFF *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 97–86. VIATOR ET AL. *v.* DELCHAMPS, INC. C. A. 5th Cir. Certiorari denied.

No. 97–87. DISTRIBUTEL, INC. *v.* ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 97–88. CUNNINGHAM ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–89. LEDBETTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–90. PUCHNER *v.* KRUZIKI, WAUKESHA COUNTY SHERIFF, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–91. FRONKO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–93. SCHAEFER *v.* FEFFERMAN, DBA UPTOWN PROPERTY MANAGEMENT. App. Dept., Super. Ct. Cal., San Diego County. Certiorari denied.

No. 97–94. PAPIKE *v.* TAMBRANDS, INC. C. A. 9th Cir. Certiorari denied.

No. 97–96. ASAM *v.* OWENS ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–97. PREUSS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 97–98. PAN-AMERICAN LIFE INSURANCE CO. ET AL. *v.* CYPRESS FAIRBANKS MEDICAL CENTER, INC. C. A. 5th Cir. Certiorari denied.

No. 97–99. CENTEX BATESON CONSTRUCTION CO., INC. *v.* DEPARTMENT OF TAXATION AND REVENUE OF NEW MEXICO. Ct. App. N. M. Certiorari denied.